Daniel Velton (SBN 267890)
VJ Chetty (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930
dvelton@vzfirm.com
vchetty@vzfirm.com

Attorneys for Plaintiff
DAVID LAYTON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVID LAYTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TERREMARK NORTH AMERICA, LLC, a Florida LLC doing business in California, VERIZON ENTERPRISE SOLUTIONS LLC, a Delaware LLC doing business in California,<br><br>Defendants. | Case No.: 5:13-cv-03093-PSG<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE |

Plaintiff David Layton filed a notice of voluntary dismissal on February _6_, 2015. Having reviewed Plaintiff's notice of voluntary dismissal, the Court hereby dismisses the above-entitled action, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: February 6, 2015

_____
Honorable Paul S. Grewal
Magistrate Judge of the United States District Court

[~~PROPOSED~~] ORDER DISMISSING CASE WITH PREJUDICE ; 5:13-cv-03093-PSG

1